UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
RYAN H. KATZENBACH            )
                              )
            Plaintiff,        )
                              )     CV F 04-6501 OWW LJO
      v.                      )
                              )     ORDER DISMISSING ACTION
TRACY LYNN DEFEO              )     FOR LACK OF PROSECUTION
GREG S. GRANT                 )
                              )
            Defendant.        )
                              )
                              )
_____)
```

It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: __August 18, 2006__                    /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE

1